priate notices. On the entry of that agreed consent order, the court injunction had fulfilled its function. The Board in the language of the injunction had now made "final disposition of the matters * * * pending before the * * * Board." That proceeding and the appeal therefrom had become moot. Nothing done in the related case of N. L. R. B. v. Carpenters' District Council of Miami, et al., 5 Cir., 1961, 288 F.2d 455 seeking enforcement by this Court under § 10(e), 29 U.S.C.A. § 160(e), of the Board's consent order, was of any significance. If anything it only made more so that which was already moot.

Appeal dismissed as moot.

PER CURIAM.

This is a petition by the Board under § 10(e) of the Act, 29 U.S.C.A. § 160(e), to enforce the order of the Board of November 4, 1960. This order was entered pursuant to formal settlement stipulation which expressly included a provision for entry of a court order of enforcement. Nothing presented in the related case of Carpenters' District Council of Miami et al. v. Boire, Regional Director, 5 Cir., 1961, 288 F.2d 454, affords any basis for repudiating the settlement or the entry of an enforcement order.

Order enforced.

### NATIONAL LABOR RELATIONS BOARD
v.
### CARPENTERS' DISTRICT COUNCIL OF MIAMI, FLORIDA AND VICINITY, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL-CIO.

No. 18733.

United States Court of Appeals
Fifth Circuit.

March 30, 1961.

Winthrop A. Johns, Asst. Gen. Counsel, N. L. R. B., Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Dominick L. Manoli, Assoc. Gen. Counsel, N. L. R. B., Washington, D. C., for petitioner.

Joseph H. Kaplan, Miami, Fla., for respondent.

Before JONES and BROWN, Circuit Judges, and CONNALLY, District Judge.

### R. O. DE WITT, Appellant,
v.
### W. H. SORENSON, Appellee.

No. 18514.

United States Court of Appeals
Fifth Circuit.

March 27, 1961.

Rehearing Denied June 2, 1961.
See 290 F.2d 562.

